DAVID A. HUBBERT
Acting Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: 202-616-2885
F: 202-307-0054
E.Carmen.Ramirez@usdoj.gov
Western.Taxcivil@usedoj.gov


*Of Counsel*
STEVEN W. MYHRE
Acting United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEON BENZER, ) <br> HAROLD BENZER, ) <br> SFR INVESTMENTS POOL 1, LLC, and ) <br> CAPITAL ONE, N.A., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:17-cv-00916-KJD-CWH |

## NOTICE OF APPEARANCE AND WITHDRAWAL

The Clerk of the Court will please note the appearance of Trial Attorney E. Carmen Ramirez, United States Department of Justice, Tax Division, as counsel of record for the United States. Attorney Ramirez has replaced Gerald Role in this case, as Mr.

Role has retired from government service and is no longer employed with the United States Department of Justice.

Hereinafter, all parties to the above-referenced suit should direct any communications, papers and court filings to the attention of undersigned counsel.

DATED: May 16, 2017

*/s/ E. Carmen Ramirez*

DAVID A. HUBBERT
Acting Assistant Attorney General


E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: 202-616-2885
F: 202-307-0054
E.Carmen.Ramirez@usdoj.gov
Western.Taxcivil@usedoj.gov


*Of Counsel*
STEVEN W. MYHRE
Acting United States Attorney

*Attorneys for the United States of America*


APPROVED:

DATED: May 17, 2017

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE